STATE of Missouri, Respondent,

v.

Robert SCHMID, Appellant.

No. 63790.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 25, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 12, 1995.

Application to Transfer Denied
July 25, 1995.

James J. Knappenberger, Shaw, Howlett & Knappenberger, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J. and SIMON and KAROHL, JJ.

## ORDER

PER CURIAM.

In this jury-tried case, defendant was convicted of distribution of a controlled substance, a Class B felony in violation of § 195.211 RSMo (1994), and six counts of possession of a controlled substance, a Class C felony in violation of § 195.202 RSMo (1994). Defendant appeals the judgment and sentence of the trial court. Defendant was sentenced, in toto, to life imprisonment plus forty-five years.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).